UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

McNaughton-McKay Electric Company

          Plaintiff(s),

v.

Agrify Corporation

          Defendant(s).
_____/

Case No. 23-cv-11088

Honorable Sean F. Cox

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

    The Clerk's entry of default having been entered against Defendant Agrify Corporation, and an affidavit having been filed;

    THEREFORE, upon the request of the Plaintiff, and pursuant to Rule 55 (b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiff and against the Defendant Agrify Corporation, in the amount of $ 335,382.10 plus interest.

KINIKIA D. ESSIX, CLERK OF COURT
United States District Court

By: s/LGranger
    Deputy Clerk

Dated: June 23, 2023